IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

RANNIER JOSE ZABALA BORJAS,  §
           §
 *Petitioner,*      §
           §
VS.          §
           §
BRET A. BRADFORD, Director, Houston §  CIVIL ACTION NO. 9:26-CV-00235
Field Office, United States Immigration and §  JUDGE MICHAEL J. TRUNCALE
Customs Enforcement (ICE); WARDEN, IAH §
Polk Adult Detention Center; TODD M. §
LYONS, Acting Director, ICE;  §
MARKWAYNE MULLIN, Secretary,  §
Department of Homeland Security; and §
PAMELA JO BONDI, United States Attorney §
General, *in their official capacities*,  §
           §
 *Respondents.*     §

## ACKNOWLEDGEMENT OF
## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Court has received the Petitioner's Notice of Voluntary Dismissal without Prejudice filed in the above-styled matter. [Dkt. 15]. Petitioner files this notice dismissing, without prejudice, his claims against Respondents herein.

Accordingly, the Court **ACKNOWLEDGES** that all claims filed in this matter are hereby **DISMISSED WITHOUT PREJUDICE**, effective the date of the filing of the notice.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 12th day of June, 2026.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge